12·29·2014

82 111-01

TO:

COURT OF CRIMINAL APPEALS
OF TEXAS
POST OFFICE BOX 12308
CAPITOL STATION
AUSTIN, TEXAS 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 14 2015

Abel Acosta, Clerk

EX PARTE CHRISTOPHER R. PAYNE
WRIT NO. W04-73967-I(A)

SIR(S),

IN THE ABOVE STYLED AND NUMBERED CAUSE(S), NOTICE IS HEREBY GIVEN IN ACCORDANCE TO APPELLATE PROCEDURE, OF AN ADDRESS CHANGE OF APPELLANT:

MR. CHRISTOPHER ROMEO PAYNE
#1636217 @ RAMSEY I UNIT
1100 FM 655
ROSHARON, TEXAS 77583

ANY AND ALL CORRESPONDENCE IN THE CAUSE(S) ABOVE ARE TO BE ADDRESSED THUS SO.

APPELLANT SUBMITS THIS NOTICE RESPECTFULLY AND HUMBLY TO THE HONOURABLE COURT.

SINCERELY,

MR. CHRISTOPHER R. PAYNE
#1636217